UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE: YASMIN AND | ) | 3:09-md-02100-DRH-PMF |
| YAZ(DROSPIRENONE) MARKETING, | ) | MDL No. 2100 |
| SALES PRACTICES AND PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | Order |
| | ) | |

_____

**This Document Relates to:**

Letrice Montgomery v. Bayer Corp., et al. No. 3:10-cv-10526-DRH-PMF

Brandi Jewell v. Bayer Corp., et al. No. 3:10-cv-10525-DRH-PMF

Lynsie Powell v. Bayer Corp., et al. No. 3:10-cv-10504-DRH-PMF

**ORDER**

**HERNDON, Chief Judge:**

The parties in the above captioned actions have filed stipulations agreeing to allow amendment of the Complaints in the above captioned actions to include Bayer Schering Pharma AG as a defendant.  The Court hereby acknowledges the parties stipulations and **directs** Plaintiffs to file the amended complaints **instanter**.    SO ORDERED:

David R. Herndon
2010.12.16
15:54:16 -06'00'

**Chief Judge**                                                   Date: December 16, 2010
**United States District**